[No. 13637–2–I.   Division One.   April 15, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL
DENNIS PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82–1–02712–6, Warren Chan, J., entered July
20, 1983. *Affirmed* by unpublished opinion per Scholfield,
J., concurred in by Corbett, C.J., and Webster, J.

[Nos. 13727–1–I; 13760–3–I.   Division One.   April 15, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT
M. MARK, *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 83–1–00123–9, 79848, Francis E. Holman, J.,
entered September 2, 1983. *Affirmed* by unpublished opin-
ion per Webster, J., concurred in by Ringold and Grosse,
JJ.

[No. 13069–2–I.   Division One.   April 15, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. DICK
HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82–1–02552–2, Horton Smith, J., entered April
18, 1983. *Affirmed* by unpublished opinion per Webster, J.,
concurred in by Ringold and Grosse, JJ.

[No. 13235–1–I.   Division One.   April 15, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
LEE DAVIS, ET AL, *Defendants*, MICHAEL A.
LAWLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82–1–03687–7, H. Joseph Coleman, J., entered
May 10, 1983. *Affirmed* by unpublished opinion per
Corbett, C.J., concurred in by Scholfield and Webster, JJ.